# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEBRA E. ROSE,<br><br>                    *Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    *Defendant.* | CIVIL ACTION NO. 3:02-CV-00006<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

[Clerk's Office stamp: U.S. Dist. Court at Lynchburg, VA — Filed NOV 0 8 2005 — John F. Corcoran, Clerk, by Deputy Clerk]

      The above-captioned case was referred to the presiding United States Magistrate Judge for proposed findings of fact and a recommended disposition. Following a ruling on the merits, counsel for Plaintiff filed a Motion for Attorney's Fees. Specifically, counsel petitions the Court to allow a fee of Nine Thousand One Hundred Ninety-Nine and 5/100 Dollars ($9,199.05) for services rendered in the United States District Court for the Western District of Virginia as attorney for Plaintiff. The parties filed a joint stipulation agreeing to this amount, and agreeing that after receiving the fee, attorney for Plaintiff shall refund to Plaintiff the previously-received EAJA fee, in the amount of Two Thousand, Three Hundred and Thirty-Seven and 50/100 Dollars ($2,337.50), leaving counsel a net fee of Six Thousand, Eight Hundred Sixty-One and 55/100 ($6,861.55). The Magistrate Judge filed a Report and Recommendation, which recommended that Plaintiffs' counsel be awarded the amount requested for his court-related services. After a careful review of the record in this case, and no objection having been filed to the Magistrate

Judge's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the Court adopts the Magistrate Judge's Report in its entirety. It is accordingly this day

ORDERED

as follows:

1. The Report and Recommendation of the United States Magistrate Judge shall be, and hereby is, ADOPTED in its entirety;

2. The Plaintiff's Motion for Attorney's Fees, shall be, and hereby is, GRANTED;

3. Counsel for Plaintiff shall be, and hereby is, awarded $9,199.05 in attorney's fees under the Social Security Act, 42 U.S.C. § 406(b).

4. Counsel for Plaintiff shall, after receiving the above fee, refund to Plaintiff the sum of $2,337.50, representing the amount paid to Counsel under the EAJA.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: _____
United States District Judge

November 8, 2005
Date